DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATALIA MULLER,**
Appellant,

v.

**ERNSAULT MAURICE,**
Appellee.

No. 4D22-3285

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE21008315.

Tobechuku Tony Nwahiri of Nwahiri Law, PLLC, Miami, for appellant.

Dorothy Venable DiFiore of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and David M. Tarlow of Quintairos, Prieto, Wood & Boyer, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***